IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DSITRICT OF PENNSYLVANIA

In re:                                              :         Case# 17-10899
    John and Sallie Alexander           :
                                        :
                                                    :

## ORDER

AND NOW, this _9th_ day of _November_, 2015, upon consideration of Debtor's Objection to Creditor Bank of America's Proof of Claim (Claim# 11), and any response thereto, after notice and hearing;

IT IS HEREBY ORDERD that the proof of claim is disallowed.

_Magdeline D. C_____
J.