## UNITED STATES BANKRUPTCY COURT
## EASTERN OF DISTRICT OF PENNSYLVANIA

In re:                                              :
    John and Sallie M. Alexander          :          Case# 17-10899
                                                    :
                                                    :

### AFFIDAVIT

I, Debtor Sallie M. Allexander hereby swear and affirm that the I personally had two Macy's accounts bearing account numbers Q1596889216 and Q1597148206 and that I entered into a consolidation loan with creditor Santander Bank N.A. whereby Santander compromised the two Macy's accounts and paid them off in full on August 7, 2014.

At the time of my bankruptcy filing on February 8, 2017 neither myself nor my husband John owed any moneys to Macy's nor had any credit cards with them.

Dated: __11/20/17__                                 _____
                                                    Sallie M. Alexander

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
DENNIS J. CALDWELL, Notary Public
City of Philadelphia, Phila. County
My Commission Expires May 15, 2020