IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DSITRICT OF PENNSYLVANIA

In re:                                              :         Case# 17-10899
    John and Sallie Alexander            :
                                         :
_____ :

## ORDER

AND NOW, this  14th  day of  December , 2017, upon consideration of Debtor's Objection to Creditor Department Store National Bank's Proof of Claim (Claim# 14), and any response thereto, after notice and hearing;

IT IS HEREBY ORDERD that the proof of claim is disallowed.

_____
J.  Magdelene D. C