IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DSITRICT OF PENNSYLVANIA

In re:                                        :                      Case# 17-10899

       John and Sallie Alexander    :

                                       :

## ORDER

AND NOW, this    14th    day of    December   , ~~2015~~ 2017, upon consideration of Debtor's Objection to Creditor Department Store National Bank's Proof of Claim (Claim# 13), and any response thereto, after notice and hearing;

IT IS HEREBY ORDERD that the proof of claim is disallowed.

_Magdeline D. C_____
J.