United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 17-10899-mdc
John Alexander                                                                  Chapter 13
Sallie M Alexander
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-2           User: Stacey                 Page 1 of 1              Date Rcvd: Dec 15, 2017
                               Form ID: pdf900              Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 17, 2017.
db/jdb         +John Alexander,    Sallie M Alexander,    336 Gorgas Lane,    Philadelphia, PA 19119-1905

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Dec 16 2017 01:18:39      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA   19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 16 2017 01:18:04
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA   17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 16 2017 01:18:29      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 16 2017 01:21:15
                 PRA  Receivables Management LLC,    POB 41067,    Norfolk, VA 23541-1067
                                                                                              TOTAL: 4

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 17, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 15, 2017 at the address(es) listed below:
              JERMAINE D. HARRIS    on behalf of Debtor John  Alexander jermaineh02@msn.com
              JERMAINE D. HARRIS    on behalf of Joint Debtor Sallie M Alexander jermaineh02@msn.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Fifth Third Bank bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DSITRICT OF PENNSYLVANIA

In re:                                              :          Case# 17-10899
    John and Sallie Alexander    :
                                  :
                                  :

## ORDER

AND NOW, this _14th_ day of _December_, ~~2015~~ 2017, upon consideration of Debtor's Objection to Creditor Department Store National Bank's Proof of Claim (Claim# 13), and any response thereto, after notice and hearing;

IT IS HEREBY ORDERD that the proof of claim is disallowed.

_Magdeline D. C_____
J.