**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

    Chapter 13

    Bankruptcy No. 17-10899-MDC

JOHN ALEXANDER
SALLIE M ALEXANDER
336 GORGAS LANE

PHILADELPHIA, PA 19119

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    JOHN ALEXANDER
    SALLIE M ALEXANDER
    336 GORGAS LANE

    PHILADELPHIA, PA 19119

Counsel for debtor(s), by electronic notice only.

    JERMAINE D HARRIS

    21 SOUTH 12TH ST., STE 100
    PHILADELPHIA, PA 19107-

Date: 10/28/2019

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee