**UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT**

_____

In re:                                            :

    John and Sallie Alexander            :            Case# 17-10899

                                                  :

_____ :

**PRAECIPE TO WITHDRAW CHAPTER 13 BANKRUPTCY CASE**

TO THE OFFICE OFBANKRUPTCY CLERK:

Kindly withdraw Debtors' Chapter 13 Bankruptcy.

\s\

Dated:  November 5, 2019                                              _____

Jermaine Harris, Esquire
100 South Broad Street, Suite 1523
Philadelphia, PA 19110
(215)385-1091