### UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT

_____

In re:                                                :
    John and Sallie Alexander        :        Case# 17-10899
                                                      :
_____ :

### MOTION TO WITHDRAW/DISMISS DEBTOR CASE

1. Debtors John and Sallie Alexander hereby desire to voluntarily dismiss the instant case.

**WHEREFORE**, Debtors wish that this Honorable Court grant the instant Motion to Dismiss Case and enter the attached Order.

                                             \s\

Dated: November 15, 2019        _____
                                                Jermaine Harris, Esquire
                                                100 South Broad Street, Suite 1523
                                                Philadelphia, PA 19110
                                                (215)385-1091

**UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT**

_____

In re:                                                          :
    John and Sallie Alexander          :                    Case# 17-10899
                                                         :
_____ :

**ORDER**

    AND NOW, this _____ day of _____, 2019, upon consideration of the foregoing Motion to Withdraw/Dismiss Case,

    IT IS HEREBY ORDERED that said Motion is GRANTED and this case is hereby withdrawn.

_____
J.

**CERTIFICATE OF SERVICE**

    I, Jermaine Harris, Esquire, attorney for Debtors, hereby certify that I served a true and correct copy of Debtors' Motion to Withdraw Case via first class regular mail and/or the court's electronic filing case on November 15, 2019 upon all interested parties.

|  |  |
|---|---|
| Dated: November 15, 2019 | \s\ _____<br>Jermaine Harris, Esquire |