**UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT**

In re:                                            :
    John and Sallie Alexander        :            Case# 17-10899
                                                  :
_____ :

**ORDER**

AND NOW, this 18th day of November, 2019, upon consideration of the foregoing Motion to Withdraw/Dismiss Case,

IT IS HEREBY ORDERED that said Motion is GRANTED and this case is hereby withdrawn.

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge