United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                      Case No. 17-10899-mdc
John Alexander                                                              Chapter 13
Sallie M Alexander
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Stacey                 Page 1 of 2              Date Rcvd: Nov 18, 2019
                              Form ID: pdf900              Total Noticed: 47

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 20, 2019.
```
db/jdb         +John Alexander,    Sallie M Alexander,    336 Gorgas Lane,    Philadelphia, PA 19119-1905
13865121       +Abington Emergency Physician,    56 W. Main Street, Suite 305,    Christiana, DE 19702-1503
13865128      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: AAA Financial Services,    PO Box 15019,    Wilmington, DE 19886)
13907082       +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
13865135       +CBNA,   PO Box 6497,    Siuox Falls, SD 57117-6497
13865124       +Chase Slate - Chase Card,    PO Box 1423,    Charlotte, NC 28201-1423
13865136       +Chestnut Hill Behavioral Health,    PO Box 14000,    Belfast, ME 04915-4033
13867488       +Citizens Bank,    1 Citizens Drive,    ROP15B,   Riverside R.I. 02915-3035
13865127       +Citizens Bank,    PO Box 42010,    Providence, Rl 02940-2010
13865133       +Citizens Bank Card,    PO Box 42010,    Providence, Rl 02940-2010
13865936       +Citizens Bank N.A.,    1 Citizens Drive Mailstop ROP15B,    Riverside, RI 02915-3026
13865130       +Credit First NA,    6275 Eastland Road,    Brook Park, OH 44142-1399
13892740        Credit First NA,    BK13 Recovery Services,    PO Box 818011,    Cleveland, OH 44181-8011
13865125       +DDM Energy,    PO Box 11819,    Newark, NJ 07101-8119
13865120       +Elkins Park Medical Assoc.,    PO Box 660827,    Dallas, TX 75266-0827
13875355       +Fifth Third Bank,    PO Box 9013,    Addison, Texas 75001-9013
13865138       +Firestone,    PO Box 81410,    Cleveland, OH 44181-0410
13865137       +Home Depot Credit Services,    PO Box 9001010,    Louisville, KY 40290-1010
13865116       +MATRIX,   Fifth Third Bank,    5050 Kingsley Drive,    Cincinnati, OH 45227-1115
13865122       +Macy's,    PO Box 9001094,    Louisville, KY 40290-1094
13880498       +Philadelphia Gas Works,    800 W Montgomery Avenue,    Philadelphia Pa 19122-2898,
                Attn: Bankruptcy Dept 3F
13874434       +Santander Bank, N.A,    601 Penn Street,    MC 10-6438-FB7,    Reading, PA 19601-3563
13865134       +Santander Bank, NA,    865 Brook Street,    Rocky Hill, CT 06067-3444
13865118       +ShopNow,    PO Box 2852,    Monroe, Wl 53566-8052
13865119       +Target Card Services,    PO Box 660170,    Dallas, TX 75266-0170
13865142       +WFF National Bank,    PO Box 94498,    Las Vegas, NY 89193-4498
13915574        Wells Fargo Bank, N.A.,    PO Box 10438,    Des Moines, IA 50306-0438
13865123       +Wells Fargo Financial,    PO Box 660553,    Dallas, TX 75266-0553
14077541        eCAST Settlement Corporation,    PO Box 29262,    New York NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Nov 19 2019 04:09:11     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 19 2019 04:08:43
                Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 19 2019 04:09:06     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 19 2019 04:04:14
                PRA Receivables Management LLC,    POB 41067,    Norfolk, VA 23541-1067
13865126        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 19 2019 04:08:35     Boscov's,    PO Box 659622,
                San Antonio, TX 78265-9622
13962676        E-mail/Text: megan.harper@phila.gov Nov 19 2019 04:09:10     City of Philadelphia,
                Law Department Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                Philadelphia, PA  19102-1595
13865139       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 19 2019 04:08:35     Comenity Bank/ Womn Wthin,
                4590 E. Broad Street,    Columbus, OH 43213-1301
13865140       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 19 2019 04:08:35     Comenity Capital/Blair,
                PO Box 182120,    Columbus, OH 43218-2120
13928307        E-mail/Text: bnc-quantum@quantum3group.com Nov 19 2019 04:08:38
                Department Store National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                Kirkland, WA  98083-0657
13865141       +E-mail/Text: bankruptcy@sccompanies.com Nov 19 2019 04:08:24     Dr. Leonards/Carol Wrig,
                1112 7th Avenue,    Monroe, Wl 53566-1364
13865129       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 19 2019 04:08:35     Dressbarn,    PO Box 659704,
                San Antonio, TX 78265-9704
13865117        E-mail/PDF: gecsedi@recoverycorp.com Nov 19 2019 04:03:11     Lowe's,    PO Box 530914,
                Atlanta, GA 30353-0914
13865131       +E-mail/PDF: cbp@onemainfinancial.com Nov 19 2019 04:03:42     One Main,    PO Box 499,
                Hanover, MD 21076-0499
13896796        E-mail/PDF: cbp@onemainfinancial.com Nov 19 2019 04:03:11     OneMain,    P.O. Box 3251,
                Evansville, IN. 47731-3251
13934413        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 19 2019 04:03:15
                Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13903889        E-mail/Text: bnc-quantum@quantum3group.com Nov 19 2019 04:08:38
                Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
                Kirkland, WA  98083-0788
13931704       +E-mail/PDF: gecsedi@recoverycorp.com Nov 19 2019 04:04:10     Synchrony Bank,
                c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021
```

```
District/off: 0313-2              User: Stacey              Page 2 of 2              Date Rcvd: Nov 18, 2019
                                  Form ID: pdf900           Total Noticed: 47
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
13899718         +E-mail/Text: bncmail@w-legal.com Nov 19 2019 04:09:01       TD BANK USA, N.A.,
                  C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                              TOTAL: 18

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*              eCAST Settlement Corporation,    PO Box 29262,   New York, NY  10087-9262
13865132*       ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
                 (address filed with court:  Bank of America,    PO Box 15019,   Wilmington, DE 19886)
14095514*        +Fifth Third Bank,    PO Box 9013,   Addison, Texas 75001-9013
13986575*       ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,   NORFOLK VA 23541-1067
                 (address filed with court:  Portfolio Recovery Associates, LLC,    PO Box 41067,
                  Norfolk, VA 23541)
                                                                                   TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2019 at the address(es) listed below:
```
              JERMAINE D. HARRIS    on behalf of Joint Debtor Sallie M Alexander jermaineh02@msn.com
              JERMAINE D. HARRIS    on behalf of Debtor John  Alexander jermaineh02@msn.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Fifth Third Bank bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                              TOTAL: 6
```

**UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT**

_____

In re:                                            :
    John and Sallie Alexander         :          Case# 17-10899
                                                  :
_____ :

**ORDER**

AND NOW, this    18th    day of    November   , 2019, upon consideration of the foregoing Motion to Withdraw/Dismiss Case,

IT IS HEREBY ORDERED that said Motion is GRANTED and this case is hereby withdrawn.

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge